UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS MATTHEWS,

    Petitioner,

                                      Case No. 1:08-cv-1114

v.

                                      HONORABLE PAUL L. MALONEY

THOMAS BIRKETT,

    Respondent,
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date:  June 2, 2011                                            /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                       Chief United States District